```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANTONY VARBERO,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :         20-cv-2538 (LJL)
        -v-                                                      :
                                                                 :         OPINION AND ORDER
ANASTASIOS P. BELESIS, et al.,                                   :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2020

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing on Plaintiff's motion to compel discovery and for sanctions, see Dkt. Nos. 26-35, on Wednesday, October 7, 2020 at 11:00 a.m. by TELEPHONE CONFERENCE. At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101).

SO ORDERED.

Dated: October 5, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge