UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :
ANTONY VARBERO,                                           :
                                                          :
                         Plaintiff,                       :
                                                          :
            -v-                                           :
                                                          :
ANASTASIOS P. BELESIS, et al.,                            :
                                                          :
                         Defendants.                      :
                                                          :
------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 11/18/2020 |

20-cv-2538 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendant Tabitha Belesis is ORDERED to appear for a 7-hour deposition on November 24, 2020.  The Court reserves on the motion for sanctions until after the deposition is concluded.

SO ORDERED.

Dated: November 18, 2020                    _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge