UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

ANTHONY VARBERO,

                    Plaintiff,

       -v-

ANASTASIOS P. BELESIS, et al.,

                 Defendants.

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_11/23/2020__

20-cv-2538 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' motion, at Dkt. No. 46, to quash a subpoena served on Defendants' attorney Michael F. Schwartz seeking production of documents of "any and all financial transactions, whether by wire check or the like, between 1/1/16 and Present between [Schwartz] and Defendants Tabitha Belesis, Crown Enterprises LLC, Lugano Ventures LLC, and Anastasios Belesis." *See id.* at 1.

      IT IS HEREBY ORDERED that by 5 p.m. on Wednesday, November 25, Plaintiff shall file a letter with the Court stating why the documents it seeks are relevant, and why they cannot be more efficiently obtained from the Defendants themselves. Defendants shall respond by 5:00 p.m. on Friday, November 27, 2020. Both letters shall not exceed two single-spaced pages.

      SO ORDERED.

Dated: November 23, 2020
      New York, New York

                                LEWIS J. LIMAN
                          United States District Judge