UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY C. VARBERO<br><br>Plaintiff,<br><br>-against-<br><br>ANASTASIOS P. BELESIS, et al.<br><br>Defendants. | Index No: 20-cv-2538 (LJL) |

**ORDER**

THIS MATTER having been brought before this Court by Plaintiff, by and through his counsel, pursuant to the Federal Rules of Civil Procedure for Judgment against Anastasios P. Belesis, and for the entry of a Judgment on the settlement, including the award of interest and reasonable attorneys' fees, and in the absence of objection by Defendant to the calculation of Judgment submitted by Plaintiff, *see* Dkt. Nos. 102, 104-5, 107, 111,

IT IS ORDERED, this 8th day of April, 2021, that:

Judgment be entered against Defendant Anastasios P. Belesis, in the amount of $1,092,121.73, representing:

(a) Settlement in the amount of $1,050,000.00, and

(b) Interest in the amount of $36,505.48

(c) Attorneys' fees in the amount of $5,616.25

For a total of: $1,092,121.73

SO ORDERED:  4/8/2021

_____
Hon. Lewis J. Liman, U.S.D.J.