**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHONY C. VARBERO,

                Plaintiff,                          20 **CIVIL** 2538 (LJL)

    -against-                                  **JUDGMENT**

ANASTASIOS P. BELESIS, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2021, Judgment is entered against Defendant Anastasios P. Belesis, in the amount of $1,092,121.73, representing: (a)Settlement in the amount of $1,050,000.00, and(b)Interest in the amount of $36,505.48(c)Attorneys' fees in the amount of $5,616.25For a total of: $1,092,121.73

**Dated:**  New York, New York
           April 9, 2021

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court
                                     **BY:**
                                                           Deputy Clerk