```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANTONY VARBERO,                                                  :
                                                                 :
                                Plaintiff,                       :
                                                                 :         20-cv-2538 (LJL)
        -v-                                                      :
                                                                 :             ORDER
ANASTASIOS P. BELESIS, et al.,                                   :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed by email (attached below) that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: April 27, 2021
       New York, New York                      _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

| | |
|---|---|
| **From:** | Ariel Bouskila |
| **To:** | Liman NYSD Chambers; Michael Schwartz |
| **Subject:** | Re: Varbero v. Belesis; 20-cv-02538 |
| **Date:** | Sunday, April 25, 2021 6:14:04 PM |

**CAUTION - EXTERNAL:**

Your Honor,

On behalf of the plaintiff we confirm the below.

Ariel Bouskila, Esq.
Berkovitch & Bouskila PLLC
80 Broad St Ste 3303
New York New York 10004
212-729-1477x301

On Apr 25, 2021, 4:54 PM -0400, Michael Schwartz <mfs@michaelfschwartzlaw.com>, wrote:

> Dear Judge Liman:  Over the weekend the parties have negotiated and reached a settlement of the remaining issues in this case obviating the need to go to trial.  We will file a stipulation of discontinuance with the court on Monday. Thank you for your assistance.  MFS
>
> # Michael F. Schwartz, Esq.
>
> 40 Fulton Street, 7th floor
> New York, New York 10038
> Tel: (212) 964-1500  Fax: (212) 385-7933
> www.michaelfschwartzlaw.com
>
> **CONFIDENTIALITY NOTICE**: This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.